AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Carnes, Edward E. | 2. Court or Organization  11th Circuit Court of Appeals | 3. Date of Report  06/23/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Circuit Judge (active) | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
One Church Street, Room 403
Montgomery, AL 36104

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-executor of estate | Estate 1 |
| 2. Co-trustee of trust | Trust 1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 06/23/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | State of Alabama - Retirement Income | $29,899.00 |
| 2. | 2016 | Duke Law School - Teaching | $5,208.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Michigan School of Law | April 10-12, 2016 | Ann Arbor, Michigan | Speaker | Transportation, Meals, and Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 06/23/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank (cash account) | A | Interest | M | T | | | | | |
| 2. Sterling Bank (cash account) | A | Interest | M | T | | | | | |
| 3. RSA-1 Deferred Compensation Account (State of Alabama) | C | Interest | L | T | | | | | |
| 4. PEIRAF Deductible Emp. Contributions (State of Alabama) | C | Interest | L | T | | | | | |
| 5. IRA #1 (H) | | | | | | | | | |
| 6. Vanguard Health Care Mutual Fund | | None | | | Sold | 01/20/16 | L | | |
| 7. Vanguard Prime Money Market Fund | A | Dividend | L | T | Buy (add'l) | 01/20/16 | L | | |
| 8. IRA #2 (H) | | | | | | | | | |
| 9. Vanguard Health Care Mutual Fund | D | Dividend | L | T | | | | | |
| 10. Vanguard Prime Money Market Fund | A | Dividend | L | T | | | | | |
| 11. BROKERAGE #1 (H) | | | | | | | | | |
| 12. Vanguard S&P 500 Index ETF | B | Dividend | L | T | | | | | |
| 13. TRUST #1 (H) | | | | | | | | | |
| 14. Vantage Bank (cash account) | | None | J | T | | | | | |
| 15. Vanguard Prime Money Market Fund (Y) | | | | | | | | | |
| 16. Vanguard Healthcare Investor | B | Dividend | J | T | | | | | |
| 17. Vanguard Growth & Income Admiral | D | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 06/23/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Limited Term Tax Exempt Investor | A | Dividend | J | T | | | | | |
| 19. Vanguard Global Minimum Volalitity Admiral | B | Dividend | L | T | | | | | |
| 20. Vanguard Morgan Growth Admiral | C | Dividend | L | T | | | | | |
| 21. Vanguard Short Term Corp Bond Index | A | Dividend | K | T | | | | | |
| 22. Vanguard US Growth Admiral | B | Dividend | L | T | | | | | |
| 23. Vanguard Prime Money Investor CL | A | Dividend | M | T | Buy | 10/03/16 | M | | |
| 24. | | | | | Sold (part) | 11/02/16 | J | | |
| 25. ESTATE #1 (H) | | | | | | | | | |
| 26. Vantage Bank (cash account) | | None | K | T | | | | | |
| 27. Altria Group Inc | A | Dividend | | | Sold | 01/22/16 | J | | |
| 28. American Electric Power Inc | A | Dividend | J | T | | | | | |
| 29. AT&T Inc | A | Dividend | J | T | | | | | |
| 30. BCE Inc | A | Dividend | J | T | | | | | |
| 31. BP Plc Spons ADR | A | Dividend | J | T | | | | | |
| 32. Bristol Myers Squibb Co | A | Dividend | J | T | | | | | |
| 33. Care Cap PPTYS Inc (Y) | | | | | | | | | |
| 34. Chevron Corporation | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 06/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Coca-Cola Company | A | Dividend | J | T | | | | | |
| 36. ConocoPhillips | A | Dividend | J | T | | | | | |
| 37. Dominion Res Inc Va New | A | Dividend | J | T | | | | | |
| 38. Duke Energy Corp Com New | A | Dividend | J | T | | | | | |
| 39. Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 40. Glaxosmithkline PLC-ADR | A | Dividend | J | T | | | | | |
| 41. Halyard Health Inc (Y) | | | | | | | | | |
| 42. HCP Inc | A | Dividend | J | T | | | | | |
| 43. Health Care Reit/Welltower Inc | A | Dividend | J | T | | | | | |
| 44. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 45. Kimberly-Clark Corp | A | Dividend | J | T | | | | | |
| 46. Kinder Morgan Inc | A | Dividend | J | T | | | | | |
| 47. Kraft Foods Group | A | Dividend | J | T | | | | | |
| 48. McDonalds Corp | A | Dividend | J | T | | | | | |
| 49. Merck & Co Inc New | A | Dividend | J | T | | | | | |
| 50. National Grid Plc Spon ADR New | A | Dividend | J | T | | | | | |
| 51. Pepsico Incorporated | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 06/23/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Philip Morris International Inc | | None | | | Sold | 01/22/16 | J | | |
| 53. PPL Corporation | A | Dividend | J | T | | | | | |
| 54. Procter & Gamble Co | A | Dividend | J | T | | | | | |
| 55. Realty Income Corp Reit | A | Dividend | J | T | | | | | |
| 56. Reynolds American Inc | | None | | | Sold | 01/22/16 | J | | |
| 57. RMR Grp Inc (Y) | | | | | | | | | |
| 58. Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 59. Senior Housing Prop TR Reit | A | Dividend | J | T | | | | | |
| 60. Talen Energy Corp (Y) | | | | | | | | | |
| 61. The Southern Company | A | Dividend | J | T | | | | | |
| 62. Total S.A. Spons ADR | A | Dividend | J | T | | | | | |
| 63. Unilever Plc Spons ADR | A | Dividend | J | T | | | | | |
| 64. Ventas Inc | A | Dividend | J | T | | | | | |
| 65. Verizon Communications Com | A | Dividend | J | T | | | | | |
| 66. Vodafone Group Plc New | A | Dividend | J | T | | | | | |
| 67. Williams Companies | A | Dividend | J | T | | | | | |
| 68. US Treasury Notes | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 06/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. US Treasury Inflation IDX Note (X) | A | Interest | J | T | | | | | |
| 70. US Treasury Bonds (X) | A | Interest | J | T | | | | | |
| 71. FNMA Pass Thru Pool | B | Interest | K | T | | | | | |
| 72. FHLMC Gold Pass Thru Pool (Y) | | | | | | | | | |
| 73. Wells Fargo Money Market | A | Interest | M | T | Distributed (part) | 12/21/16 | J | | |
| 74. INVESTMENT PROPERTIES (H) | | | | | | | | | |
| 75. Investment Property #1, Albertville, AL | | None | L | W | | | | | |
| 76. Investment Property #2, Albertville, AL | C | Rent | N | W | | | | | |
| 77. Investment Property, Guntersville, AL | C | Rent | L | W | | | | | |
| 78. Investment Property, Bledsoe County, TN | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 06/23/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 1, 2, 14, and 26: No change in investments; excess information deleted.

Part VII, lines 6 and 9: These holdings were reported collectively on lines 5 and 6 of the 2015 report.

Part VII, lines 7 and 10: These holdings were reported collectively on line 7 of the 2015 report.

For ease of reporting, Trust #1 and Estate #1 were grouped under corresponding headings in this report. Names of managing brokerage companies were removed except as required to properly identify assets, per pages 34-35 of the filing instructions. This does not reflect a change in holdings.

Part VII, lines 75-78: Revised descriptions; see 2015, lines 11-14, respectively.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward E. Carnes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544